■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN D. CONFER, Appellant.— Judgment unanimously affirmed. Memorandum: The testimony of the police investigator concerning the complainant's identification of defendant was improper bolstering. However, no objection having been made, the issue is not preserved for appeal. In view of strong testimony linking defendant to the crime, the error was harmless in any event.

Defendant's argument that he did not receive effective assistance of counsel is without merit. Counsel made pretrial motions and presented a forceful defense, including effective cross-examination of the People's witnesses. In our view, the defense presented was meaningful and met the constitutional standard *(see, People v Baldi,* 54 NY2d 137, 147).

We have reviewed defendant's remaining contention and find it to be without merit. (Appeal from judgment of Onondaga County Court, Burke, J.—criminal mischief, third degree.) Present—Doerr, J. P., Denman, Boomer, Green and Pine, JJ.

■ In the Matter of ELVIN RAMOS, Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Respondents.—Judgment unanimously affirmed *(see, Matter of Crutchfield v Kelly,* 125 AD2d 955, *lv denied* 69 NY2d 608). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Doerr, J. P., Denman, Boomer, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE HIXON, Appellant.—Judgment unanimously affirmed. Memorandum: There is no merit to defendant's contention that the suppression court erred in failing to suppress testimony concerning voice identification. There was no reasonable possibility that the challenged voice identification contributed to defendant's conviction, and thus any error in its admission was harmless beyond a reasonable doubt *(see, People v Adams,* 53 NY2d 241; *People v Crimmins,* 36 NY2d 230, 237). (Appeal from judgment of Supreme Court, Erie County, Francis, J.—murder, second degree, and another charge.) Present—Doerr, J. P., Denman, Boomer, Green and Pine, JJ.